UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-MJ-8214-BER

UNITED STATES OF AMERICA

vs.

JORGE ALBERTO BARRERA-SERRANO,

　　　　Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek M. Maynard)?   **No**

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?   **No**

3. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?   **No**

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　MARKENZY LAPOINTE
　　　　　　　　　　　　　　　　　　UNITED STATES ATTORNEY

　　　　　　　　　　　　　　By:   /s/ Robin W. Waugh
　　　　　　　　　　　　　　　　　　Robin W. Waugh
　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　FL Bar No. 0537837
　　　　　　　　　　　　　　　　　　500 South Australian Avenue, Suite 400
　　　　　　　　　　　　　　　　　　West Palm Beach, Florida 33401
　　　　　　　　　　　　　　　　　　Tel: (561)820-8711
　　　　　　　　　　　　　　　　　　Email: robin.waugh@usdoj.gov

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>JORGE ALBERTO BARRERA-SERRANO,<br><br>_Defendant_ | Case No.   23-MJ-8214-BER |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of   May 25, 2020,   in the county of   Palm Beach   in the   Southern   District of   Florida  , the defendant violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal Re-entry After Removal or Deportation |

FILED BY ___TM___ D.C.

Apr 25, 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

This criminal complaint is based on these facts:

See Attached Affidavit in Support of Criminal Complaint

☑ Continued on the attached sheet.

_Complainant's signature_

Andy Korzen, TFO, DHS-HSI
_Printed name and title_

Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1

Date: 4/25/23

_Judge's signature_

City and state:   West Palm Beach, Florida            Bruce E. Reinhart, U.S. Magistrate Judge
_Printed name and title_

23-MJ-8214-BER

# AFFIDAVIT
# OF
# ANDY KORZEN
# UNITED STATES DEPARTMENT OF HOMELAND SECURITY
# IMMIGRATION AND CUSTOMS ENFORCEMENT

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Task Force Officer (TFO) with the Homeland Security Investigations (HSI), and I am also Deportation Officer with the Immigration and Customs Enforcement and have been so employed for over nineteen years. I am currently assigned to the HSI, West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Jorge Alberto BARRERA-SERRANO committed the offense of illegal re-entry after removal, in violation of Title 8, United States Code, Section 1326(a).

3. On or about May 25, 2020, Jorge Alberto BARRERA-SERRANO was arrested in Palm Beach County, Florida for the offenses of driving under the influence and driving without a valid driver's license, case number 2020CT006680A. He was booked and detained at the Palm Beach County Jail. On the same day, that is, on or about May 25, 2020, Jorge Alberto BARRERA-SERRANO was released from custody on own recognizance.

4. On or about April 23, 2023, Jorge Alberto BARRERA-SERRANO was re-arrested in Palm Beach County, Florida on the outstanding warrant for failure to appear for arraignment on charges of driving under the influence causing property damage or injury

1

23-MJ-8214-BER

(enhanced), and driving without a driver's license, in case number 2021CT006435A. He was booked and detained at the Palm Beach County Jail.

5.  A review of the immigration records shows that Jorge Alberto BARRERA-SERRANO is a native and citizen of Honduras. Records further show that on or about October 1, 2003, Jorge Alberto BARRERA-SERRANO was ordered removed from the United States. The Order of Removal was executed on or about October 30, 2003, whereby Jorge Alberto BARRERA-SERRANO was removed from the United States and returned to Honduras.

5.  Thereafter, Jorge Alberto BARRERA-SERRANO re-entered the United States illegally, and was removed and returned to Honduras on four additional separate occasions, on or about following dates: May 13, 2013, July 18, 2013, September 19, 2013, and September 16, 2014.

6.  Records further show that on or about July 31, 2014, in the United States District Court for the Southern District of Texas, Laredo Division, Jorge Alberto BARRERA-SERRANO was convicted of the offense of entering the United States illegally, case number 14-po-07782.

7.  Jorge Alberto BARRERA-SERRANO's fingerprints taken in connection with his May 25, 2020, arrest in Palm Beach County were scanned into the IAFIS system. Results confirmed that scanned fingerprints belong to the individual who was previously removed from the United States, that is Jorge Alberto BARRERA-SERRANO.

8.  A record check was performed in the Computer Linked Application Informational Management System to determine if Jorge Alberto BARRERA-SERRANO filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that Jorge Alberto BARRERA-SERRANO obtained consent from the Attorney General of the United

23-MJ-8214-BER

States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

9.     Based on the foregoing, I submit that probable cause exists to believe that, on or about May 25, 2020, Jorge Alberto BARRERA-SERRANO, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

Andy Korzen
Task Force Officer
Homeland Security Investigations

Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1 this _25_ day of April 2023.

BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** JORGE ALBERTO BARRERA-SERRANO

**Case No:** 23-MJ-8214-BER

Count #: 1

Illegal Reentry After Removal or Deportation

Title 8, United States Code, Section 1326(a)

* **Max. Term of Imprisonment:** 2 years' imprisonment
* **Mandatory Min. Term of Imprisonment (if applicable):**
* **Max. Supervised Release:** 1 year supervised release
* **Max. Fine:** $250,000 fine

Count #:

* **Max. Term of Imprisonment:**
* **Mandatory Min. Term of Imprisonment (if applicable):**
* **Max. Supervised Release:**
* **Max. Fine:**

Count #:

* **Max. Term of Imprisonment:**
* **Mandatory Min. Term of Imprisonment (if applicable):**
* **Max. Supervised Release:**
* **Max. Fine:**

\*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.